**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 23-cv-22642-BLOOM/Otazo-Reyes**

JACK DOHENY COMPANIES, INC.,

     Plaintiff,

v.

DRAINAGE PARTNERS, LLC, et al.,

     Defendants.

_____/

## ORDER DENYING MOTION TO APPOINT COUNSEL

    **THIS CAUSE** is before the Court upon Defendant Johny Joseph's ("Joseph") letter to the clerk of court, ECF No. [20], which the Court construes as a Motion to Appoint Counsel. For the reasons explained below, the motion is denied.

    "A civil litigant . . . has no absolute constitutional right to the appointment of counsel." *Poole v. Lambert,* 819 F.2d 1025, 1028 (11th Cir. 1987) (citation omitted). Rather, appointment of counsel is only justified by "exceptional circumstances, such as where the facts and legal issues are so novel or complex as to require the assistance of a trained practitioner." *Id.* "[W]hen determining whether "exceptional circumstances" exist the relevant factors include: (1) the type and complexity of the case, (2) whether the indigent is capable of adequately presenting his case, (3) whether the indigent is in a position to adequately investigate the case, and (4) whether the evidence will consist in large part of conflicting testimony so as to require skill in the presentation of evidence and in cross examination." *Curry v. Sec'y*, 665 F. App'x 766, 767 (11th Cir. 2016).

    Joseph has indicated that he wishes to "appear before the court in order to be heard" and "cannot afford an attorney." ECF No. [20]. He has not suggested that this is a complex case, that he will be unable to present his case, that he is unable to adequately investigate his case, or that

there will be conflicting testimony in this case. *See id*. The Complaint in this case sets forth only

one claim against Joseph for Breach of Guaranty. *See* ECF No. [1]. Accordingly, the Court does

not find that exceptional circumstances exist that justify the appointment of counsel.

As the Court explained in its Order Providing Instructions to *Pro Se* Litigant, Joseph may

request to participate in the Volunteer Attorney Program by filing a motion for referral to that

Program. ECF No. [21].

Accordingly, it is **ORDERED AND ADJUDGED** that Petitioner's Motion to Appoint

Counsel, **ECF No. [20]**, is **DENIED**.

**DONE AND ORDERED** in Chambers at Miami, Florida, on August 30, 2023.

**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record

Johny Joseph
1021 NW 196th Terrace
Miami, FL 33169
PRO SE